

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00107-CV

Michael F. **WILLIAMS**,
Appellant

v.

Debbie D. **WILLIAMS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15949
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  August 27, 2014

AGREED MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The appellant has filed an "Agreed Motion to Dismiss With Prejudice," stating the parties have settled all matters in controversy and asking this court to dismiss this appeal with prejudice. We grant the motion and dismiss the appeal with prejudice to further refilling. *See* Tex. R. App. P. 42.1(a)(1).

PER CURIAM